United States District Court
Southern District Of Texas
FILED

APR 0 1 2020

David J. Bradley, Clerk

THE STATE OF TEXAS )
                   )           M-20-0832-M
COUNTY OF Hidalgo  )

Befor me, the undersigned authority, on this day personally appeared **Annjeri Skarboszewski** known to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a **Border Patrol Agent** stationed at **McAllen, Texas** and I investigated the case of the United States of America versus

| Vidal Rico III | 1988 | United States |

and from my investigation, it appears that:

| Kevin Amaya-Marquez | 1996 | El Salvador |
| Raul Macario-Cristino | 1999 | Mexico |

citizens and nationals of **El Salvador & Mexico** are material witnesses in said cause that it may be impractical to secure their presence by subpoena and for that reason they should be held as material witnesses."

FURTHER AFFIANT SAYETH NOT.

/S/ Annjeri Skarboszewski
**Annjeri Skarboszewski**
**Border Patrol Agent**

Submitted by reliable electronic means, sworn to attested to telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

April 1, 2020

J Scott Hacker
U.S. Magistrate Judge