United States District Court
Southern District of Texas
**ENTERED**
April 01, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Case No. 7:20–mj–00832 |
| § | |
| Vidal Rico, III § | |

## ORDER OF TEMPORARY COMMITMENT

TEMPORARY COMMITMENT OF:   Kevin Amaya–Marquez, MATERIAL WITNESS(ES)

WHEREAS, the above–named individuals have been arrested, as it appears that they are material witnesses in the above–captioned case.

WHEREAS, the above–named individuals have no status to remain in the United States, and the court finds that there are no conditions or combination of conditions that will reasonably assure their appearance at future proceedings.

THEREFORE, the witnesses are committed to the custody of the Attorney General or his designated representative for confinement in a detention facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The witnesses shall be afforded a reasonable opportunity for private consultations with counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the detention facility shall deliver the witnesses to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SIGNED the 1st of April 2020.

_____
J. SCOTT HACKER
UNITED STATES MAGISTRATE JUDGE